

## NUMBER 13-17-00670-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

DAVID AIRHART,                                                              Appellant,

v.

TIDAL PETROLEUM, INC.,                                                      Appellee.

### On appeal from the 25th District Court
### of Gonzales County, Texas.

# MEMORANDUM OPINION
### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion by Justice Benavides

Appellant, David Airhart, filed an appeal from a judgment entered by the 25th District Court of Gonzales County, Texas, in cause number 26,053. Appellant has filed an unopposed motion to dismiss the appeal with prejudice. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and the unopposed motion to dismiss appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   The motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d).   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
JUSTICE

Delivered and filed the
17th day of May, 2018.